# EXHIBIT "A"

| | SUM-100 |
|---|---|

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

WHERE I'M FROM APPAREL, LLC, an Ohio Limited Liability Company, and DOES 1 – 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

INDIE SOURCE, INC., a California corporation

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
Superior Court of California
County of Los Angeles

MAY 14 2015

Sherri R. Carter, Executive Officer/Clerk
By _Cristina Grijalva_ Deputy
Cristina Grijalva

RECEIVED
MAY 14 2015
ROOM 102

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

111 North Hill Street
Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):*
BC581809

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Moses S. Bardavid, Esq., 16133 Ventura Blvd, 7th Floor, Encino, Ca 91436, (818) 377-7454

DATE: MAY 14 2015     SHERRI R. CARTER     Clerk, by _C. Grijalva_ , Deputy
*(Fecha)*                                   *(Secretario)*                 *(Adjunto)*
CRISTINA GRIJALVA

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.

Moses S. Bardavid [SBN 200296]
LAW OFFICES OF MOSES S. BARDAVID
16133 Ventura Boulevard
7th Floor
Encino, CA 91436

Attorneys for Plaintiffs
INDIE SOURCE, INC.

FILED
Superior Court of California
County of Los Angeles

MAY 14 2015

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Cristina Grijalva

D 54 Ernest Hiroshige

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| INDIE SOURCE, INC., a California corporation<br><br>Plaintiff,<br><br>Vs.<br><br>WHERE I'M FROM APPAREL, LLC, an Ohio Limited Liability Company, and DOES 1 – 100, inclusive,<br><br>Defendants. | Case No.: **BC581809**<br><br>**COMPLAINT FOR:**<br><br>1) **BREACH OF WRITTEN CONTRACT;**<br><br>2) **QUANTUM MERUIT;**<br><br>3) **OPEN BOOK ACCOUNT;**<br><br>4) **ACCOUNT STATED;**<br><br>[Unlimited Civil – Over $25,000] |

COMES NOW Plaintiff, INDIE SOURCE, INC., who complains of the above named-defendants as follows:

**PRELIMINARY ALLEGATIONS**

1. Plaintiff, INDIE SOURCE, INC. ("Plaintiff") is and at all relevant times herein a California corporation with its principle place of business in Los Angeles, California.

2. Plaintiff is informed and believes and thereon alleges that Defendant, WHERE I'M FROM APPAREL, LLC (hereafter "Defendant" or "WIF") is an Ohio Limited Liability Company, and all times alleged herein was and is contracting and doing business in California.

///

-1-
COMPLAINT

3. Does 1 through 10, inclusive, are sued under fictitious names for the reason that their true names are unknown to Plaintiff, and when such names are ascertained, plaintiff will seek leave to amend this Complaint by asserting the same herein. Plaintiff is informed and believes and on that ground alleges, That DOES 1 through 10, inclusive, are indebted and liable to Plaintiff upon the causes of action, set forth herein.

4. Plaintiff is informed and believes and on that ground alleges, that at all times mentioned herein, all named defendants and DOES 1 through 10, inclusive, were acting in concert and each defendant was the agent of each remaining defendant and was acting within the scope and purpose of such agency. References to the named defendants herein shall henceforth refer to all named defendants and to DOES 1 through 10, inclusive, and to each of them.

5. Plaintiff is in the business of manufacturing and selling clothing.

6. On November of 2014 WIF showed interest in working with Plaintiff regaring purchasing a blank t-shirt line and having WIF print Defendant's exclusive art work on the blank t-shirts.

7. On or about January 23, 2015 Ryan Napier ("Ryan") and Andrew VanderLind ("Andrew"), who held themselves out as the owners of WIF, went to the Indie Source's offices wherein they met with Plaintiff's staff and their Production Director who has over 35 years' experience in the garment business to discuss Defendant's intended purchase.

9. Both Andrew and Ryan spent hours trying on different sample t-shirts from Indie Source's private label line which was produced with their domestically knitted triblend.

10. WIF spent some time trying on many styles made out of Tri Blend and gave their highest approval. Ryan and Andrew inquired if Plaintiff could size up the garments so the final product medium would be closer to the Defendant's specifications for size large.

11. Upon the meetings conclusion, it was decided that Plaintiff would order new patterns and have a sample in size large of each new pattern/style made for WIF fit approval.

12. It was further agreed that after WIF's approval of the sizing, a full size run of each style with print would be sent to WIF for approval.

-2-
COMPLAINT

13. On January 27, 2015 WIF received the first set of samples and approved them.

14. On January 27, 2015 Plaintiff informed WIF via E mail that production would not start on any order until 30% deposit was made by WIF.

15. A few weeks later a full size run of the garments with new "sized up" pattern were produced for WIF. The samples were steam ironed to simulate them being washed just like the samples WIF team previously tried. Indie Source informed Defendants that the steaming releases the fabric making softer and brings the garment into fit, that is the design and the trait of the fabric and printing.

16. On February 24, 2015 WIF submitted a purchase order to Plaintiff. No mandatory deposit was tendered and the purchase order lacked the following pertinent information: 1) Price, 2) Shipping Address, 3) Due Date, 4) Gender designation of garment, 5) Style Number.

17. Plaintiff again informed WIF by phone that no production would begin until the 30% deposit was tendered.

18. WIF insisted that they had a store opening on March 27, 2015 and they needed the goods fast, but no deposit check was tendered.

19. Plaintiff informed WIF that after receipt of the purchase order and deposit the total time required for production and delivery of the garments weeks 7-10 weeks.

20. In mid-March 2015, WIF sent three separate orders with the information required to produce and deliver the goods. However, the specifications given by WIF on how and where to print were wrong.

21. The total order by WIF was for 13,575 shirts at a total price of $116,541.00.

22. On March 30, 2015 WIF finally sent a partial deposit check totaling $20,204.50 which was enough to start Purchase Order 2 and Purchase Order 3 for a total of 6200 T shirts.

23. Plaintiff delivered 4,689 conforming goods within the timeline discussed with the balance still held in Indie Sources warehouse.

-3-
COMPLAINT

24. After receipt of the conforming goods WIF canceled pending orders and demanded a refund.

25. Plaintiff produced custom made conforming goods within the agreed upon timeline. Plaintiff has made demand upon WIF for payment. WIF has refused.

## FIRST CLASS OF ACTION

### (Breach of Written Contract)

26. Plaintiff refers to the Preliminary Allegations contained in paragraph 1 through 25 inclusive, and by this reference incorporates the same herein as though fully set forth herein.

27. Plaintiff has performed each and every obligation required of it under and present to the terms and conditions of the purchase order, or has been excused there under.

28. Defendant breached the written agreement by failing and refusing to tender payment to Plaintiff as required by the Agreement.

29. After credits, offsets and payments pursuant to the subject agreement, and including interest accrued thereon Plaintiff is now owed the total sum of not less than $100,000.00 by Defendant and Does 1 through 10. Plaintiff has demanded that Defendant tender payment as required by the Agreement, but Defendant has failed and refused, and continues to fail and refuse to pay the sums due herein, and as a direct and proximate result of said breach, plaintiff has been damaged by Defendant in an amount not less that the total sum of $100,000.00, plus interest and attorney fees, at a rate and amount to be determined at the time of trial.

## SECOND CAUSE OF ACTION

### (Quantum Meruit)

30. Plaintiff refers to the Preliminary Allegations contained in paragraph 1 through 31, inclusive, and by this reference incorporates the same herein as though fully set forth herein.

31. Within the last four years. Defendant became indebted to Plaintiff for the reasonable value of construction services performed by Plaintiff in the sum of at least $10,000.00, pursuant to the special request and insistence of Defendant.

32. Only a part of the above sum has been paid although demand therefore has been made by Plaintiff, and there is new due, owing and unpaid the sum of $100,000.00, plus interest, at a rate to be determined at the time of trial.

## THIRD CAUSE OF ACTION

(Open Book Account)

33. Plaintiff refers to the Preliminary Allegations contained in paragraph 1 through 32, inclusive, and by this reference incorporates the same herein as though fully set forth herein.

34. Within the last four years, Defendant became indebted to Plaintiff in the agreed sum of $100,00.00, for work, labor and material provided to Defendant by Plaintiff, and Defendant agreed to pay the above sum.

35. Only a part of the above sum has been paid although demand therefore has been made, and there is now due and unpaid the sum of $100,000.00, plus interest, at a rate to be determined at the time of trail.

## FOURTH CAUSE OF ACTION

(Account Stated)

36. Plaintiff refers to the Preliminary Allegations contained in paragraphs 1 through 35, inclusive, and by this reference incorporates the sums herein as though fully set forth herein.

37. Within the last four years, an account was stated in writing by and between Plaintiff and Defendant, wherein it was agreed that WIF was indebted to Plaintiff in the sum of $100,000.00, with respect to the production and delivery of goods alleged herein.

38. Only a part of the above sum has been paid although demand therefore has been made, and there is now due an unpaid the sum of $100,000.00, plus interest, at a rate to be determined at the time of trial.

**WHEREFORE**, plaintiff prays for judgment as follows:

1. For general damages in an amount not less than the total sum of $100,000.00, interest, at a rate to be determined at the time of trial;

2. For special damages in an amount to be shown according to proof at time of trial, plus interest, at a time to be determined at the time of trail;

3. That the sum of $100,000.00, plus interest, at a rate of 10% per annum, be declared to be a lien against the subject real property, superior to the claim or interest or title of any defendant named herein;

4. For costs of suit incurred herein; including reasonable attorney fees, and

5. For such other and further relief that this court may deem just and proper.

DATED: May 14, 2015                LAW OFFICES OF MOSES S. BARDAVID

_____
Moses S. Bardavid
Attorneys for Plaintiff
INDIE SOURCE, INC.

| | | CM-010 |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Moses S. Bardavid [SBN 200296]<br>LAW OFFICES OF MOSES S. BARDAVID<br>16133 Ventura Boulevard, 7th Floor<br>Encino, CA 91436<br>TELEPHONE NO.: (818) 377-7454   FAX NO.: (818) 377-7455<br>ATTORNEY FOR *(Name):* 2101 Investment Co LLC | | **FOR COURT USE ONLY**<br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>MAY 14 2015<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By _Cristina Grijalva_ Deputy<br>Cristina Grijalva |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles<br>STREET ADDRESS: 111 North Hill Street<br>MAILING ADDRESS: Same<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Stanley Mosk Courthouse | | |
| **CASE NAME:**<br>Indie Source, Inc. v. where I'm from Apparel, LLC | | |
| **CIVIL CASE COVER SHEET**<br>[✓] Unlimited   [✓] Limited<br>(Amount   (Amount<br>demanded   demanded is<br>exceeds $25,000)   $25,000 or less) | **Complex Case Designation**<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **CASE NUMBER:**<br>**BC581809**<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [✓] Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Construction defect (10) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition *(not specified above)* (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is [✓] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a.[✓] monetary   b.[ ] nonmonetary; declaratory or injunctive relief   c.[✓] punitive
4. Number of causes of action *(specify):* 4
5. This case [ ] is [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 5/14/15

Moses S. Bardavid
(TYPE OR PRINT NAME) ▶ _(signature)_ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov<br>American LegalNet, Inc. |

| SHORT TITLE: Indie Source, Inc. v. Where I'm from Apparel, LLC | CASE NUMBER BC581809 |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☐ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☐ YES   TIME ESTIMATED FOR TRIAL 5  ☐ HOURS/ ☑ DAYS

Item II. Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| Other Personal Injury/Property Damage/Wrongful Death Tort | Asbestos (04) | ☐ A6070  Asbestos Property Damage<br>☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2.<br>2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons<br>☐ A7240  Other Professional Health Care Malpractice | 1., 2., 4.<br>1., 2., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall)<br>☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>☐ A7270  Intentional Infliction of Emotional Distress<br>☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4.<br>1., 2., 4.<br>1., 2., 3.<br>1., 2., 4. |
| Non-Personal Injury/Property Damage/Wrongful Death Tort | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |

| LACIV 109 (Rev. 01/07)<br>LASC Approved 03-04 | CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION | LASC, rule 2.0<br>Page 1 of 4 |
|---|---|---|

| SHORT TITLE: Indie Source, Inc. v. Where I'm from Apparel, LLC | CASE NUMBER |
|---|---|

| A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>-See Step 3 Above |
|---|---|---|
| Professional Negligence (25) | ☐ A6017  Legal Malpractice<br>☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3.<br>1., 2., 3. |
| Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| Other Employment (15) | ☐ A6024  Other Employment Complaint Case<br>☐ A6109  Labor Commissioner Appeals | 1., 2., 3.<br>10. |
| Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction)<br>☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence)<br>☐ A6019  Negligent Breach of Contract/Warranty (no fraud)<br>☑ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 2., 5.<br>2., 5.<br>1., 2., 5.<br>1., 2., (6.) |
| Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff<br>☐ A6012  Other Promissory Note/Collections Case | 2., 5., 6.<br>2., 5. |
| Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| Other Contract (37) | ☐ A6009  Contractual Fraud<br>☐ A6031  Tortious Interference<br>☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 5.<br>1., 2., 3., 5.<br>1., 2., 3., 8. |
| Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation    Number of parcels_____ | 2. |
| Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| Other Real Property (26) | ☐ A6018  Mortgage Foreclosure<br>☐ A6032  Quiet Title<br>☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6.<br>2., 6.<br>2., 6. |
| Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |
| Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

Side labels: Non-Personal Injury/Property Damage/Wrongful Death Tort (Cont'd.); Employment; Contract; Real Property; Unlawful Detainer; Judicial Review

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 2 of 4

| SHORT TITLE: Indie Source, Inc. v. Where I'm from Apparel, LLC | | CASE NUMBER | |
|---|---|---|---|

| | A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review (Cont'd.)** | Writ of Mandate<br>(02) | ☐ A6151  Writ - Administrative Mandamus<br>☐ A6152  Writ - Mandamus on Limited Court Case Matter<br>☐ A6153  Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| | Other Judicial Review<br>(39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment<br>(20) | ☐ A6141  Sister State Judgment<br>☐ A6160  Abstract of Judgment<br>☐ A6107  Confession of Judgment (non-domestic relations)<br>☐ A6140  Administrative Agency Award (not unpaid taxes)<br>☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112  Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above)<br>(42) | ☐ A6030  Declaratory Relief Only<br>☐ A6040  Injunctive Relief Only (not domestic/harassment)<br>☐ A6011  Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance(21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above)<br>(43) | ☐ A6121  Civil Harassment<br>☐ A6123  Workplace Harassment<br>☐ A6124  Elder/Dependent Adult Abuse Case<br>☐ A6190  Election Contest<br>☐ A6110  Petition for Change of Name<br>☐ A6170  Petition for Relief from Late Claim Law<br>☐ A6100  Other Civil Petition | 2., 3., 9.<br>2., 3., 9.<br>2., 3., 9.<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

| LACIV 109 (Rev. 01/07)<br>LASC Approved 03-04 | CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION | LASC, rule 2.0<br>Page 3 of 4 |
|---|---|---|

| SHORT TITLE: Indie Source, Inc. v. Where I'm from Apparel, LLC | CASE NUMBER |
|---|---|

Item III. *Statement of Location*: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3 on Page 1**, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE ☐1. ☐2. ☐3. ☐4. ☒5. ☐6. ☐7. ☐8. ☐9. ☐10. | ADDRESS: 2037 Santa Fe Ave. |
|---|---|
| CITY: Los Angeles,    STATE: CA    ZIP CODE: 90021 | |

Item IV. *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the <u>Stanley Mosk</u> courthouse in the <u>Central</u> District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: <u>05/13/15</u>

(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet form CM-010.
4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev. 01/07), LASC Approved 03-04.
5. Payment in full of the filing fee, unless fees have been waived.
6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.