JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIE SOURCE, INC., | Case No. CV 15-5585 FMO (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WHERE I'M FROM APPAREL, LLC, <u>et al.</u>, | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 17th day of August, 2015.

/s/
Fernando M. Olguin
United States District Judge